UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARCAL BOLDEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-531-BAJ-DLD** |
| **BERRY CONTRACTING, LP** | |

**O R D E R**

The court *sua sponte* notes the potential insufficiency of the defendant's allegation of the citizenship of its partners as follows;

1. \_\_\_ A party invoking diversity jurisdiction must allege the *citizenship* rather than mere residence of an individual. In addition, see 28 U.S.C. §1332(c)(2) for infants, minors and an incompetent. The *citizenship* of _____ is not provided.

2. \_\_\_ A party invoking diversity jurisdiction must allege both the state of incorporation and principal place of business of each corporate party. *See, e.g., Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633 (5th Cir. 1983). The state of incorporation and principal place of business of _____ is not provided.[1]

3. \_\_\_ A party invoking diversity jurisdiction must allege both the state of incorporation and principal place of business of each corporate party. *See, e.g., Illinois Central Gulf Railroad Co. v. Pargas, Inc.*, 706 F.2d 633 (5th Cir. 1983). **Even when a liability insurer takes on its insured's citizenship under 28 U.S.C. § 1332(c)(1), its own citizenship still is considered in determining whether complete diversity exists.** The state of incorporation and principal place of business of _____ is not provided.[2]

4. **X** A party invoking diversity jurisdiction must properly allege the citizenship of a limited liability company. The citizenship of a limited liability company for diversity purposes is determined by the citizenship of its members. See

---

[1] The phrase "principal place of business" in §1332(c)(1) refers to the place where a corporation's high level officers direct, control, and coordinate the corporation's activities, *i.e.*, its "nerve center," which will typically be found at its corporate headquarters. The *Hertz Corporation v. Melinda Friend, et al.*, 559 U. S. \_\_\_\_\_ (2010)

[2] See footnote 1.

|     |     |     |
| --- | --- | --- |
|     |     | *Harvey v. Grey Wolf Drilling Co.,* 542 F.3d 1077, 1080 (5th Cir. 2008).  The citizenship of **Berry Operating Company, LLC** is not provided. |
| 5.  | __X__ | A party invoking diversity jurisdiction must properly allege the citizenship of a general partnership and a limited liability partnership.  For a general partnership, case law suggests that a partnership has the citizenship of each one of its partners.  See *International Paper Co. v. Denkmann Assoc.,* 116 F.3d 134, 137 (5th Cir. 1997).  A limited liability partnership or L.L.P. also has the citizenship of each one of its partners, both general and limited.  See *Carden v. Arkoma Associates,* 494 U.S. 185, 110 S.Ct. 1014, 108 L.Ed.2d 157 (1990).   The citizenship of **Berry Holdings, LP** is not provided. |
| 6.  | ____ | A party invoking diversity jurisdiction must properly allege the citizenship of Underwriters at Lloyd's, London.  The citizenship of Underwriters at Lloyd's, London has not been provided.  See *Corfield v. Dallas Glen Hills LP,* 355 F.3d 853 (5th Cir. 2003), *cert. denied,* 541 U.S. 1073, 124 S.Ct. 2421, 158 L.Ed.2d 983 (2004). |
| 7.  | ____ | A party invoking diversity jurisdiction must properly allege the citizenship of a sole proprietorship.  A business entity cannot be both a corporation and sole proprietorship; therefore the court seeks to clarify the identity of plaintiff/defendant.  Case law suggests that the citizenship of a sole proprietorship for diversity purposes is determined by the citizenship of its members and/or owners.  See *Linder Enterprises v. Martinringle,* 2007 WL 3095382 (N.D. Tex.).   The citizenship of _____ is not provided. |

Accordingly,

**IT IS ORDERED**, pursuant to 28 U.S.C. §1653, that, on or before **November 30, 2010**, the defendant shall file an amended notice of removal providing the citizenship of its partners, **Berry Operating Company, LLC** and **Berry Holdings, LP**, by setting forth all citizenship particulars required to sustain federal diversity jurisdiction.

Signed in Baton Rouge, Louisiana, on November 17, 2010.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**